1  RICHARD DOYLE, City Attorney (#88625)
2  NORA FRIMANN, Chief Trial Attorney (#93249)
   ROBERT FABELA, Sr. Deputy City Attorney (#148098)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San Jose, California 95113
   Telephone: (408) 535-1900

5  Attorneys for CITY OF SAN JOSE,
   ALMA SENIOR CENTER
6

*IT IS SO ORDERED — Judge James Ware* (seal: United States District Court, Northern District of California)

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION
10

11 | MONICA S. MARTINEZ,                              | Case Number: C03-03921 JW
12 |           Plaintiff,                             | **STIPULATION AND [PROPOSED]**
13 |     v.                                           | **ORDER RE: JOINT PRE-TRIAL**
                                                      | **STATEMENT**
14 | CITY OF SAN JOSE, ALMA SENIOR
   | CENTER, and DOES 1 - 20, inclusive,
15 |
16 |           Defendants.

17

18    WHEREAS, on February 28, 2005, this Court issued an order which included a
19 deadline of July 29, 2005 for the submission of a Joint Pre-Trial Statement and motions in
20 limine;
21    WHEREAS, the parties have begun discussing the contents of the Joint Pre-Trial
22 Statement, but require more time to finalize the Joint Pre-Trial statement and complete their
23 motions in limine;
24    WHEREAS, the parties in good faith believe that additional time to submit the Joint
25 Pre-Trial Statement and motions in limine will result in more concise submissions and the
26 possible narrowing of issues in this case;
27 ///
28 ///

– 1 –

| | |
|---|---|
| 1 | THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS: |
| 2 | 1.   The date by which the parties must submit their Joint Pre-Trial Statement and |
| 3 | motions in limine shall be continued to August 5, 2005; |
| 4 | 2.   All other dates contained in the February 28, 2005 Order, including the date to |
| 5 | file and serve motion in limine oppositions and trial dates, shall remain unchanged. |

Dated: July 27, 2005

_/s/ [signature]_
Patrick E. Standifer
Attorney for Plaintiff

Dated: July __, 2005

_/s/ Robert Fabela_
Robert Fabela
Attorney for Defendants

### ORDER

The Court, having considered the stipulation of the parties now orders as follows:

1. The date by which the parties must submit their Joint Pre-Trial Statement and motions in limine shall be continued to August 5, 2005;

2. All other dates contained in the February 28, 2005 Order, including the date to file and serve motion in limine oppositions and trial dates, shall remain unchanged.

Dated: July 27, 2005

_/s/ James Ware_
THE HONORABLE JAMES WARE
UNITED STATE DISTRICT COURT JUDGE