RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900

Attorneys for CITY OF SAN JOSE, ALMA SENIOR CENTER

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONICA S. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, ALMA SENIOR CENTER, and DOES 1 - 20, inclusive,<br><br>    Defendants. | Case Number: C03-03921 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: JOINT PRE-TRIAL STATEMENT** |

   WHEREAS, on February 28, 2005, this Court issued an order which included a deadline of July 29, 2005 for the submission of a Joint Pre-Trial Statement and motions in limine;

   WHEREAS, the parties began discussing the contents of the Joint Pre-Trial Statement and required more time to finalize the Joint Pre-Trial Statement and complete their motions in limine;

   WHEREAS, this Court graciously granted the parties' previous request to change the date for the submission of the Joint Pre-Trial Statement and the motions in limine to August 5, 2005;

//

1  WHEREAS, the Joint Pre-Trial Statement was submitted this day, August 5, 2005, as
2  per the latest order;
3  WHEREAS, plaintiff's counsel informed defendants he needed more time to complete
4  motions in limine and asked defendants to stipulate to an extension of the submission date
5  for motions in limine from August 5, 2005 to August 11, 2005;
6  WHEREAS, defendants so stipulated.
7  THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:
8  1.  The date by which the parties must submit motions in limine shall be continued
9  to August 11, 2005;
10  2.  All other dates contained, including the date to file and serve motion in limine
11  oppositions and the trial date, shall remain unchanged.

Dated: August 5, 2005
/s/
PATRICK E. STANDIFER
Attorney for Plaintiff

Dated: August 5, 2005
/s/
ROBERT FABELA
Attorney for Defendants

## ORDER

The Court, having considered the stipulation of the parties now orders as follows:

1.  The date by which the parties must submit their motions in limine shall be continued to August 11, 2005;

2.  All other dates contained in the February 28, 2005 Order, including the date to file and serve motion in limine oppositions and trial date, shall remain unchanged.

Dated: 8/8/05
/s/ James Ware
HONORABLE JAMES WARE
United State District Court Judge