United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Monica Martinez, | NO. C 03-03921 JW |
| Plaintiff(s), | **ORDER VACATING PRE-TRIAL CONFERENCE** |
| v. | |
| City of San Jose et al., | |
| Defendant(s). | |

The pre-trial conference scheduled for August 29, 2005 is vacated, and will be rescheduled to a later date, if the Court deems it necessary after reviewing the parties' pretrial submissions.

Dated: August 24, 2005
/s/James Ware
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:** |
| 2 | Michael R. Groves CAO.Main@ci.sj.ca.us |
|   | Patrick E. Standifer standiferlaw@sbcglobal.net |
| 3 | Robert R. Fabela CAO.Main@sanjoseca.gov |
| 4 | **Dated: August 24, 2005**          **Richard W. Wieking, Clerk** |
| 5 | |
| 6 |                                        **By:   /s/JW Chambers** |
|   |                                              **Ronald L. Davis** |
| 7 |                                              **Courtroom Deputy** |