```
1  PATRICK E. STANDIFER, sbn 96134
   Attorney at Law
2  2021 The Alameda, Suite 260
   San Jose, CA 95126
3  408-296-3816
   FAX: 408-296-8325
4
   Attorney for Plaintiff, Monica S. Martinez
5
```

*IT IS SO ORDERED* /s/ *Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MONICA S. MARTINEZ | C03 03921 JW |
|---|---|
| Plaintiff, | NOTICE AND REQUEST FOR ORDER FOR DISMISSAL |
| vs. | |
| CITY OF SAN JOSE, ALMA SENIOR CENTER and DOES 1 THROUGH 20 | |
| Defendant. | |

TO THE COURT: Pursuant to the settlement of action and the terms of the settlement recited on the record on September 13, 2005 the plaintiff, Monica Martinez, requests that the Court dismiss with prejudice her Complaint filed August 26, 2003. There are no cross-complaints or other actions pending.

Dated: September 9, 2005        /S/ *Patrick E. Standifer*
                                PATRICK E. STANDIFER
                                Attorney for plaintiff
                                Monica Martinez

NOTICE AND REQUEST FOR DISMISSAL

**ORDER**

The Court having considered the request of plaintiff to dismiss the action with prejudice and good cause appeared hereby orders dismissal with prejudice plaintiff's complaint filed August 26, 2003.

**SO ORDERED**

Dated: 11/10/05     _____
                    Hon. James Ware
                    United States District Court Judge